IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AF HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | 1:12-cv-03482-WSD |
| | ) | |
| RIM BOLTONG, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff AF HOLDINGS, LLC and Defendant RIM BOLTONG, and pursuant to Fed. Rule Civ. Proc. 41, hereby stipulate to the dismissal, **with prejudice**, of all claims and counterclaims asserted herein. Each party shall bear its own costs and attorney fees in connection with this action.

Respectfully submitted this  5th   day of March, 2013.

[signatures on the following page]

| | |
|---|---|
| /s/ Jacques Nazaire | /s/ Yasha Heidari |
| Jacques Nazaire | Yasha Heidari |
| Georgia Bar No. 142388 | Georgia Bar No. 110325 |
| | Attorney for Defendant |
| Attorney for Plaintiff | |
| | HEIDARI POWER LAW GROUP |
| OF COUNSEL TO PRENDA LAW, INC. | LLC |
| 125 Town Park Drive, Suite 300 | P.O. Box 79217 |
| Kennesaw, Georgia 30144 | Atlanta, Georgia 30357 |
| e-mail: nazaire.jacques@gmail.com | telephone:   404-939-2742 |
| | facsimile:    404-601-7852 |
| | email: yasha@hplawgroup.com |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:12-cv-03482-WSD |
| ) | |
| RIM BOLTONG, ) | |
| ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in the foregoing matter with a copy of *JOINT DISMISSAL WITH PREJUDICE* by filing same with the Clerk of Court using the CM/ECF system, which will automatically send email notification and allow electronic access to the filing to the following counsel of record:

>Yasha Heidari, Esq.
>Heidari Power Law Group LLC
>P.O. Box 79217
>Atlanta, Georgia 30357
>email: yasha@hplawgroup.com
>*Attorney for Defendant*

Respectfully submitted this  5th   day of March, 2013.

/s/ Jacques Nazaire
Jacques Nazaire
Georgia Bar No. 142388

Attorney for Plaintiff

OF COUNSEL TO PRENDA LAW, INC.
125 Town Park Drive, Suite 300
Kennesaw, Georgia 30144
e-mail: nazaire.jacques@gmail.com